IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY LEE McATEER, AIS #147346, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:09-CV-361-TMH [WO] |
| TROY KING, | ) ) | |
| Defendant. | ) ) | |
| ROY LEE McATEER, AIS #147346, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:09-CV-676-TMH [WO] |
| RICHARD ALLEN, et al., | ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on August 14, 2009 (Court Doc. No. 30), and for good cause it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff be GRANTED an extension from August 31, 2009 to and including September 18, 2009 to file a response to the special reports filed by the defendants in

compliance with the previous orders entered in the above-styled cases.

Done this 17th day of August, 2009.


   /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE