IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE McATEER, #147346,   )<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>TROY KING,   )<br>)<br>Defendant.   )<br>_____ | CASE NO.  2:09-cv-361-TMH<br>WO |
| ROY LEE McATEER, #147346,   )<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>RICHARD ALLEN, *et al.*,   )<br>)<br>Defendants.   ) | CASE NO.  2:09-cv-676-TMH<br>WO |

## **O R D E R**

This cause is before the Court on the plaintiff's Objection to Magistrate Denial (Doc. #101) filed on April 25, 2012.  Specifically, plaintiff objects to the Magistrate Judge's order of April 18, 2012 (Doc. #100) denying his motion for admonishment and/or sanctions.  After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #101) is OVERRULED.  It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 27th day of April, 2012.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE