IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE McATEER, #147346, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-361-MEF |
| LUTHER STRANGE, | ) |
| Defendant. | ) |

**O R D E R**

On June 6, 2012, the Magistrate Judge filed a Recommendation (Doc. #119) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED with prejudice as the claims before this Court challenging the constitutionality of the Alabama Community Notification Act provide no basis for relief.

3. No costs are taxed.

DONE this the 3rd day of July, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE